UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:22-cr-00078-WWB-EJK

TERESA MCINTYRE

## NOTICE OF MAXIMUM PENALTIES

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, stating as follows:

Count One of the Information charges the defendant with Conspiracy to Bribe a Public Official, Submission of a False Claim, Theft of Government Property, and Wire Fraud, in violation of 18 U.S.C. § 371. Doc. 1. Count One carries a maximum sentence of 5 years imprisonment, a fine of not more than $250,000, or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater, a term of supervised release of no more than 3 years, and a special assessment of $100.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense, or to the community, as set forth below. The defendant shall forfeit to the United States

property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as outlined in the Information.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney


By: */s/ Amanda S. Daniels*
     Amanda S. Daniels
     United States Attorney
     Florida Bar No. 111444
     400 W. Washington Street, Suite 3100
     Orlando, Florida   32801
     Telephone:   (407) 648-7500
     Facsimile:    (407) 648-7643
     E-mail:   Amanda.Daniels@usdoj.gov

U.S. v. TERESA MCINTYRE          CASE NO. 6:22-cr-00078-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alan S. Diamond, esq.

                                */s/ Amanda S. Daniels*
                                Amanda S. Daniels
                                United States Attorney
                                Florida Bar No. 111444
                                400 W. Washington Street, Suite 3100
                                Orlando, Florida   32801
                                Telephone:   (407) 648-7500
                                Facsimile:    (407) 648-7643
                                E-mail:   Amanda.Daniels@usdoj.gov