UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                      CASE NO. 6:22-cr-00078-WWB-EJK

TERESA MCINTYRE

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    IS          related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

United States v. Joel Greenberg
Case Number 6:20-cr-97-GAP-LHP

United States v. Joseph Ellicott
Case Number 6:22-cr-9-GAP-GJK

☐    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated: May 16, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Amanda S. Daniels*
AMANDA S. DANIELS
United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Amanda.Daniels@usdoj.gov

U.S. v. TERESA MCINTYRE            CASE NO. 6:22-cr-00078-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

   Alan Diamond, Esq.
   Counsel for defendant


                              */s/ Amanda S. Daniels*
                              AMANDA S. DANIELS
                              United States Attorney
                              Florida Bar No. 111444
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone:   (407) 648-7500
                              Facsimile:   (407) 648-7643
                              E-mail:   Amanda.Daniels@usdoj.gov