UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-00078-WWB-EJK

TERESA MCINTYRE

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Alan Diamond, Esquire, counsel for defendant

    Alexander Duda, Special Agent, Federal Bureau of Investigation

    Federal Bureau of Investigation, Investigative Agency

    Nevada Gump, Special Agent, United States Secret Service

    Roger B. Handberg, United States Attorney

    Teresa McIntyre, defendant

    United States Secret Service, Investigative Agency

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Small Business Administration

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   May 16, 2022

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   /s/ Amanda S. Daniels
    AMANDA S. DANIELS
    United States Attorney
    Florida Bar No. 111444
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:   Amanda.Daniels@usdoj.gov

U.S. v. TERESA MCINTYRE          CASE NO. 6:22-cr-00078-WWB-EJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alan Diamond, Esq.
    Counsel for defendant

                                        */s/ Amanda S. Daniels*
                                        Amanda S. Daniels
                                        United States Attorney
                                        Florida Bar No. 111444
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida 32801
                                        Telephone:   (407) 648-7500
                                        Facsimile:    (407) 648-7643
                                        E-mail:   Amanda.Daniels@usdoj.gov