# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:22-cr-78-WWB-EJK

**TERESA MCINTYRE**

AUSA: Amanda Daniels
Defense Attorney: Alan Diamond

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **May 24, 2022**<br>11:15 A.M.- 11:49 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 35 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Vanessa Mendez |

### CLERK'S MINUTES
### INITIAL APPEARANCE AND CHANGE OF PLEA

Case called, appearances made, procedural setting by the Court
Defendant has retained counsel.
Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
Court advises defendant of her rights.
Defendant consents to have the Magistrate judge take her plea
Court summarizes the charge in the Information.
Court accepts and endorses defendant's Waiver of Indictment.
Court advises defendant of her rights, sentencing guidelines and reviews the plea agreement as stated on the record.
Defendant acknowledges her initials and signature on the original plea agreement, that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Government oral motion for release- Motion granted - Order to enter.
Defendant placed on conditions as set forth in the Order Setting Conditions of Release pending sentencing.
Court adjourned.