**IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:22-cr-0078-WWB |
| **V.** | ) | |
| | ) | |
| | ) | |
| TERESA McINTYRE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>**

Comes now, Teresa McIntyre (McIntyre), through undersigned counsel and respectfully submits the following Unopposed Motion to Continue Sentencing and in support states the following:

1. On May 24, 2022, Mrs. McIntyre (McIntyre) appeared before Magistrate Judge Embry J. Kidd and pled to a one count information charging Conspiracy. The plea was accepted, and sentencing was set for August 9, 2022.

2. On August 1, 2022, the Court signed and order granting the unopposed motion to continue the sentencing to November 8, 2022.

3. Over the last 2 years the defendant has made multiple proffers to the US government. McIntyre has and continues to assist the government in the prosecution of known and unknown co-conspirators.

4. While the investigation is ongoing many of the co-conspirators have not yet been indicted or arrested.

5. Mrs. McIntyre's Plea Agreement contains a provision wherein the United States will consider filing a motion recommending a downward departure pursuant to USSG § 5K1.1 if Ms. McIntyre's cooperation is substantial and complete by the time of sentencing. The government is not able to file a Rule 5K1.1 motion before the sentencing date of November 8, 2022.

6. After consultation and agreement with AUSA Amanda Daniels, the defendant asks that the Court to continue the sentencing approximately 60 days to allow Mrs. McIntyre more time to complete her cooperation and to be in a better position to present the whole picture of her involvement, cooperation, and character at her sentencing.

7. Mrs. McIntyre is not in custody. Furthermore, this request is made as the undersigned avers that the ends of justice outweigh the need to sentence Mrs. McIntyre on November 8, 2022.

Therefore, the defense respectfully requests that the Court grant this Unopposed Motion to Continue and reset the sentencing for a date convenient to this Court approximately 60 days hence.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the United States Attorney's Office by CMEF electronic delivery this 25th day of October 2022.

By:

/s/ Alan Diamond

**Alan S. Diamond, Esquire**
**Kepler B. Funk, Esquire**
**Keith F. Szachacz, Esquire**
FUNK, SZACHACZ & DIAMOND
FL Bar 957781, 973866, **949698**
3962 W. Eau Gallie Blvd. Suite B

Melbourne, Florida 32934

Telephone: (321) 953-0104

Facsimile: (321) 253-5975

alan@fsdcrimlaw.com
Kep@fsdcrimlaw.com
receptionist@fsdcrimlaw.com
*Counsel for McIntyre*