IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    CR. NO. 6:22-cr-00078-WWB

TERESA McINTYRE.
    Defendant.

## SUPPLEMENTAL CHARACTER LETTERS FOR SENTERNCING MEMORANDUM

Comes now the Defendant, Teresa McINTYRE [McINTYRE], by and through undersigned counsel and files the attached documents as supplemental character letters for the Court to review prior to sentencing.

Respectfully submitted this 29th day of December 2022.

                                                /s/ Alan Diamond

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing with proposed attachments has been furnished to the United States Attorney's Office by CMEF electronic delivery on this 29th day of December 2022.

                                                /s/ Alan diamond, Esq.
                                                Kepler Funk

Alan Diamond
Funk, Szachacz & Diamond, LLC.
3962 W. Eau Gallie Blvd. Ste B
Melbourne, FL, 32934
321-953-0104
Fla. Bar No. **957781** & 0949698
Alan@fsdcrimlaw.com
Kep@fsdcrimlaw.com
Attorneys for Defendant Carter