Chris McIntyre

July 10, 2022

Honorable Judge Berger,

My name is Chris McIntyre and I am Teresa McIntyre's husband.  I first met Teresa when we were both attending DeVry Institute of Technology near Atlanta, Georgia in the fall of 1984.  We began dating immediately and were married in April of 1987.  We just celebrated our 35th wedding anniversary.  We have 2 adult children, Emily McIntyre (Athens, GA) and recently married Amber Ruiz (Viera, FL).

How do you describe the person that is your entire world?  First and most important is that Teresa is a woman of God.  Every day she wakes, spends time in prayer, and tries to show Him to others through her words and her actions.  This does not mean she is perfect, none of us are.  Being around Teresa for the last 38 years has enriched my life immeasurably and made me be a better man in all aspects.  I have been blessed by her and am proud to have her as my spouse and the mother of our children.

Teresa shows love through her actions.  She put her career on hold to raise and for a while, homeschool our children.  She relentlessly protected Emily (life threatening peanut allergy) as a child from dangers that lurked everywhere.  Teresa would go without personal needs in order to make sure that our children could have new experiences and things they needed.  She has given uncountable hours in volunteer work; primarily at our church (Faith Fellowship, Melbourne) over the last 22 years and with Bible Study Fellowship (an International Bible Study) over approximately 20 years.

Teresa always goes out of her way to help others.  She does this because it is who she is; not because she looking for accolades or attention.  Her actions are seen by her heavenly Father and she is accumulating treasures in heaven.  She's made meals for families during difficult times.  She's kept a small child for friends who needs an afternoon out.  She's stepped in as a Sunday school teacher or BSF class leader or teaching leader when regular teachers were sick or had an emergency.  She doesn't even have to know you; if she sees you need help, she steps in.

Teresa 

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I share this information with you to help you understand that Teresa (and her character) was not the same during 2020.  She was not the same person as she was in prior years.  She was physically and mentally taxed and felt like she was a burden to her family and loved ones.  During that time, she even considered taking her own life.  As a Christian she knows that God alone determines when life begins and when it ends and no individual should make that decision.  During that time, she even considered taking her own life.  Over the last year, with continued counseling and medication, she has been able to almost return back to the same wonderful wife, mom, and friend she was prior to her mental problems.  She has, and still at times beats herself up mentally over what has occurred the last 2 years.  She's remorseful, devastated at letting everyone down, and continues to ask for forgiveness (which she has already been give many times over).  Teresa's strong moral character has returned, and though she feels bruised and battered, and I know it's back because I've seen it.  Let me give you a couple of examples from the last month.  The morning after her plea (which she refers to as the worst day of her life), she got an early morning text from a co-worker while we were still in bed.  When I asked her what was up, she said Haley, as single mom whom she barely knew, needed a ride to work.  Then she got out of bed, dressed, and went and picked her up and got her to work on time.  A couple of weeks later, Novel, another co-worker, came in to work all sweaty.  Teresa asked him what had happened and he said he had no transportation and had to walk the 3 miles each way to work and back.  That evening, Teresa asked me to help get a bicycle which we had and had not been using, tune it up, and deliver it to his apartment the next day.  He was so overjoyed at her kindness!  These are 2 recent examples of the true Teresa being back with us and doing good for those around her.  This is what she needs to continue doing to keep getting mentally well and return to her old self completely.

I need my wife of 35 years at home with me and in my life.  I hope that this letter has given you insight to the true person that Teresa McIntyre is under normal circumstances.  At our church, we often hear our Pastor Hoy preaching on the two utmost attributes of love, mercy and grace.  Mercy is the act of withholding deserved punishment, while grace is the act of endowing unmerited favor.  I know Teresa's character is excellent and her intentions are good as they always have been over the last 55 years of her life.  I pray you see the entire body of work, the continued good Teresa can and will do in the future, and consider showing mercy.  Thank you for your time.


Chris McIntyre

Emily Ashlyn McIntyre
June 29th, 2022

Dear Judge Berger,

I, Emily McIntyre, am writing regarding my mother; Teresa McIntyre. Teresa has been a caring and present mother since my childhood, and person whom I am thankful to have had a close relationship with in my nearly 28 years of life. I aim to share with you some details of how I know Teresa to be both an upstanding citizen and person of excellent moral character.

Some of the first words I can think of to describe Teresa's character are honest, compassionate, kindhearted, and respectful. She is hard working and always willing to give more than what is asked of her. She is helpful to those in need, even those she barely knows. Since my sister and I were young, she raised us to express these and other virtues. She is one of the most genuine and truthful people I know, and has been a key role model in my life since I was a child.

I have seen Teresa make sacrifices to give us the best life she can; taking on extra work in the years following the 2000s recession so we could afford schooling and extracurriculars. I have dealt with a life-threatening food allergy since I was a toddler, and have always been able to depend on her to go above and beyond for anything I needed. Even now as an adult, I know I can count on Teresa for either advice or other assistance. I am thankful to have someone as dependable, trustworthy, and kindhearted as Teresa as my mother. The world needs more people with her upstanding character.

Sincerely,

*[signature: Emily McIntyre]*

Amber Leigh Ruiz

July 6, 2022

Honorable Judge Berger,

I, Amber Ruiz, am writing this character letter on behalf of my mother, Teresa McIntyre.  Teresa has been my mother for just over 25 years.  I have lived with her for 24 of those 25 years.  My husband Matt and I currently reside with my her and my dad Chris and have for the majority of the last 2 years.  I know her as well as anyone other than my dad and I want to share with you who she is.

My mother is someone who has always been present in my life.  I've never had to second guess her love or dedication; she has always and undoubtably been there for me every day of my life.  My best interest has always been her first priority.  The first word that comes to mind when I describe her is selfless.  Mom is always looking out for others first.  She has a heart of gold and is always willing to lend herself, her abilities, or anything she has to help someone in need.  You can be related to her or someone she doesn't know; it doesn't matter to her.  She has always tried to instill in me the values of being a good Christian, being a kind and caring person, and always being helpful to those I interact with daily.

I have seen Mom make so many sacrifices over the years.  She set her career aside to raise my sister and I in our pre-school years; then homeschooled us for a period once we reached school age.   She worked tirelessly to protect and educate my sister Emily who has had a life-threatening peanut allergy since a very young age.  As we grew older, she worked as a Pampered Chef representative to earn extra money so Emily and I could always do activities like violin practice and dance classes that we otherwise would not have been able to do.  She always put her needs aside and made sure we had that new pair of soccer goalie gloves, that new pair of ballet shoes, or that just so perfect dress for special social occasions.  And when Dad was laid off work in 2009, Mom took on multiple part-time jobs to help make sure we kept our home, food on the table, and still could do those activities we so enjoyed.

████████████████████████████████████████████████████████████████████  She still always had a smile on her face, giving love and support to family and friends anytime needed, and volunteering endless hours every week as a BSF teaching leader.  Helping to bring women and children to God brought her endless joy; even through the pain and physical issues she was battling and often hid.



██████████████████████████████████████████

Matt and I were married in February of this year.  Mom was improving in the months leading up to the most important day in my life.  I was so blessed that she was able to be there for me on my wedding day.  Even with all she and our family had been through, she was there for me; being the caring, loving, and selfless person that she is.  She loves Matt and has made him so welcome in our family and home!

In the last few months as she has gotten better to the point she can work again; Mom has returned to being that giving and selfless person we all know and love.  Just a couple of weeks ago, there was a young man working at the Cracker Barrel where mom is working.  One day he came in all hot and sweaty.  Mom asked him what happened and he said he had no transportation and had to walk almost 3 miles to work and back every day.  That evening, Mom came home and had Dad pull out a seldom used bike, make sure it was in good shape, and drove it to the man's residence the next day.  Always giving.

I hope that I've been able to give you a small window view into the life of my mom.  She is committed to doing the work of The Lord first and always.  She is always there for family, her friends, and others in need.  I love my mom dearly and continue to need her in my life daily.  We need her and she needs us!!!

Thank you for your time.


Amber Leigh Ruiz

Rebecca A. Ruiz

June 27, 2022

Dear Judge Berger,

My Name is Rebecca Ruiz and I am a Retired Police Officer from Rockland County, New York. I have served over 20 years as a law enforcement Officer in 2 different departments and have a great respect and love for my former position and all that it stands for. I have known Teresa McIntyre for about 6-7 years and my Son, Matthew Ruiz, is newly married to her beautiful daughter, Amber (McIntyre) Ruiz.

During the time I known Teresa, I have only known her only to be the most caring, open and loving person, that she is, as well as a wonderful mother, wife and trusted member to her church and the surrounding community. She is always willing to help those in need and has been a great addition to my family. She has welcomed my Son with open arms and it is with great honor, that I consider her and her family to be a part of mine. I have witnessed her interaction(s) with members of her church, family, community and she is a tremendous asset to all involved as well as respected. She has raised 2 beautiful and successful daughters as well as a home that she is very proud of, as she should be.

I have come across many people in my past work experiences and consider myself to be a good judge of character. It is with this extensive knowledge, that I feel Teresa is a person of exceptional integrity and exhibits many positive contributions to her community, family and friends. We have spent many hours talking and in each other's company and I have never felt that she has been someone or is a person, to be dishonest or questioned as to who she is. She has a very generous heart and is a true asset to those who know and love her. If you have any concerns or questions, please feel free to contact me at anytime.

With all my respect, I thank you for your attention and time.

Rebecca A. Ruiz

2275 Canopy Dr. Melbourne, FL 32935

Britta Barnby

July 3, 2022

Honorable Judge Berger,

My name is Britta Barnby.  I met Teresa 6 years ago, soon after moving from GA to FL.  We initially met through tennis, as I found myself on two different teams with her.  My husband and I quickly became friends with Teresa and her husband at tennis practices and matches, and then meals, events, and holidays shared.  She welcomed us as part of her extended family and included us whenever possible. I'm happy and proud to consider her one of my closest friends.

Teresa is one of the truly best people I know. She's an encourager, a helper, a giver … she is joyful, peaceful, and wise.

Teresa is a generous caregiver: she selflessly cares for her husband and two daughters as well as her mother and close friends.  She is a teacher: she homeschooled her young daughters as well as served as Teaching Leader with BSF (Bible Study Fellowship), where she studied, prepared, and presented lessons to hundreds of women each week.  She is also happy to share her general knowledge – from cooking tips, to fixing the garbage disposal with the twist of a hex key, to the necessity of wearing sunglasses whenever outside in FL.  She is a photographer: she sees beauty in the unremarkable and brings small details into focus.  Teresa joined me on a 1,200 mile road trip to visit my parents one summer, where she drove the entire time, helped me wrangle my two dogs along the way, and was endlessly patient with my elderly parents once we arrived.

Does Teresa sound too good to be true?  It's because she is.


Britta Barnby
770-656-0146
ms_britta@yahoo.com

Christopher Lee Barnby

July 7, 2022

Honorable Judge Berger,

My name is Christopher Barnby and I have known Teresa McIntyre for 6 years.  I came to know her and her husband through tennis.  Having relocated from Georgia, I met Teresa at a restaurant.  She was with other ladies having lunch after playing tennis and I was looking to make friendly contacts for my wife upon her following me down.  Having lived and played tennis is GA through a local league (ALTA), I knew Teresa and my wife would become fast friends.  Similar to my wife, Teresa had a great big smile and is full of joy.

Having retired from the United States Air Force as a Command Chief Master Sergeant from which I try to embody the core values: Integrity First, Service Before Self, Excellence In All We Do.  Teresa is emblematic of these core values.  Integrity First; Teresa is always quick to be honest in all things, even while playing tennis, she is quick to award opponents points on close calls.  If we can't be honest in small things, we won't be honest in all things.  Service Before Self; I also know Teresa as a moral and spiritual leader in Bible Study Fellowship (BSF) where she spent numerous hours to be best prepared to provide Christian teachings and learning to a large group from differing beliefs.  She, on multiple occasions would be unavailable for everything from tennis to making dinner plans…all for the good of those she was teaching.  Excellence in All We Do; Teresa is as dedicated as most I know.  She strives to continuously improve not just her own person or work, but strives to instill that in others.  I have been known to become hot headed on occasion and she has pulled me aside and spoke wisely about how to handle arrogance with humility.

Finally, I have had many interactions with Teresa during the last 6 years.  I have never known, seen, or questioned that Teresa has acted with intent of malice or wrong doing in any matter or situation.  She has exemplary Christian values, a high moral compass, and an unending desire help others in need; possibly to a point that she may be too trusting of others.  I am pleased to call Teresa McIntyre a friend and write this character reference letter for her.

Christopher Lee Barnby

Christopher Heissenbuttel

June 29, 2022

Honorable Judge Berger,

My name is Christopher Heissenbuttel and I have been a pharmacist for almost 30 years. I have known Teresa McIntyre for over 25 years. My wife Joanie and I moved into our first home in September of 1996. The day we moved in; we met the McIntyre family as they were to become our "across the street" neighbors. We remained neighbors and best friends for the next 7 years. We loved and cared for each other's children, shared meals and activities, and played a lot of tennis during those years. As our family expanded, we had to move to a larger home. We only moved a few miles away from Teresa and Chris, but our relationship has grown stronger over the years.

Teresa is one of the kindest, sincerest, and devout people I know. She has over the years shown these qualities in many ways. First in being an incredible mother to her children. Protecting Emily like a mother bear protecting her cub. Emily has a severe peanut allergy which is potentially lethal at any moment. Teresa first attempted finding a way for Emily to safely attend public school. When that was not possible, she home schooled Emily for years until she was confident in Emily's ability to take care of herself. She did such a fine job that her "sickly" child is about to graduate with a with a master's degree in microbiology at the University of Georgia and she runs marathons too!

Teresa has given so much back to her community. For years, she and Chris spent part of their Sunday mornings teaching the gospel to the next generation of Christians. Their dedication to teaching youth has been inspiring to me. Having spent a few years doing this task myself and knowing how challenging this task can be, it is amazing to think that they have done this for decades.

We have had the pleasure of playing hundreds of tennis matches with the McIntyres. In these years of competing against Teresa, I have never questioned her integrity on line calls of in or out. Teresa has never cheated to win and I have never heard her swear. I can count on one finger the number of people I can say that about.

With their second daughter, Teresa also showed amazing talent in regards to parenting. Amber was often more interested in the social aspect of school than the learning. Teresa and Chris put limits on her socializing and constantly encouraged her to stay on task and graduate high school. They monitored her dating and encouraged her to be the best person she could be. Today, she has a great career as an orthodontic assistant and recent, they were proud parents on her wedding day to an outstanding young man. Teresa also cared for her husband as he went through hard times over the years. Once when Chris's job was outsourced, Teresa stepped up and worked multiple jobs to keep them in their home. Teresa also spent a number of years leading the women's Bible Study Fellowship in our area. Her volunteer contributions were important and positive inspiration for so many women and children.

In the time since this issue arose, I have seen what Teresa has gone through. I can only describe it as "hell on earth" for her (and Chris). Teresa quickly resigned from the voluntary BSF leader position previously mentioned and she soon had what I would term a mental breakdown (diagnosed anxiety disorder) that I believe without a doubt was caused by the devastation she felt from what had occurred. For months, she was desperate, fearful, unable to sleep, and barely hanging on to sanity. Not the Teresa we had ever known or seen. I was blessed that I was there on some of her darkest days to try and help her heal. The love her husband Chris showed during that time was unlike anything I had ever witnessed. I'm glad to say that I believe Teresa has healed immeasurably during the last year. Teresa has already suffered so much through this process. I would ask and do pray that Teresa be given the opportunity to continue helping others and shine her positive light on the world again.

Christopher Heissenbuttel

Darren McIntyre

June 28, 2022

Honorable Judge Berger,

My name is Darren McIntyre. I am the brother-in-law of Teresa McIntyre. Teresa is married to my brother, Christopher. I have known Teresa for 37 years.

In the years I have known Teresa, I have found her to be a kind, loving, supportive, and reliable person and family member. Teresa has a big heart and always tries to go the extra mile to help when she can.

When I was attending college in Atlanta, Georgia, I lived with Teresa and my brother for 3 years. Post-college, while living in Melbourne, Florida, I was laid off from my job. I was unable to find suitable work in my field in the Melbourne/Brevard County, Florida area. I was able to locate a job in Palm Beach County, Florida. Due to the distance, I could not commute back and forth. In order to help me secure the job, Teresa asked her mother and her step-father if I could stay with them so I could accept the position and make sure it was a viable job before I relocated.  Because of the kindness of Teresa (and her family), I was able to accept the job which I still currently work at eighteen (18) years later.

Teresa has also volunteered with her church, including teaching Sunday school and working as a youth counselor. She also volunteered for around 15 years in leadership positions with Bible Study Fellowship, which occupied an extensive amount of her time.

Thank you for giving me this opportunity to share my feelings.

*Darren McIntyre*

Jean A Stewart
352 Benedictine Terrace
Sebastian FL 32958

June 24, 2022

RE: Mrs. Teresa McIntyre

To the Honorable Judge,

I am writing on behalf of Teresa McIntyre. Teresa and I have been close friends for over 9 ½ years and enjoyed serving together much of that time as part of the leadership team in a women's Bible study ministry. During this time, I have known Teresa to be a faithful, loyal friend as well as a dedicated leader of great integrity! I have also observed Teresa within her family as a loving daughter, wife, and mother.

Over the time of our friendship, I have relied on Teresa in many ways. She was a wonderful help and support for me during a difficult time when my husband faced and endured treatments for, and was victorious over, cancer. In fact, Teresa was the first person I called after learning of his cancer and needed help. I have witnessed her compassion and selflessness as she has assisted and come alongside her mother and others through health and life challenges. Teresa is always available when needed and called upon by a friend or family member. She has served and taught all who attended the Bible study class tirelessly, always seeking to represent God and His Word well and with excellence. I have seen Teresa display the courage to stand up for others when needed... as a friend and a leader. After teaching a lesson, a question was brought to her about something she had taught. Teresa was ready and eager to listen and pursue truth. When mistakes were made, as is certain to happen occasionally, Teresa was there to help correct and fix, regardless whose mistake it might have been. I believe this is one of Teresa's strongest traits, to always see good in people, not focusing on potential negatives. On more than one occasion she was there to help me without assigning blame. As my friend, Teresa has given hours of her time to encourage and support me.

Teresa has consistently shown herself to be a person of exemplary character and integrity! Though she, as all of us, may have made mistakes and/or errors in judgement, I believe I have seen and know her heart to always strive to act according to her character. It is my request and hope the court consider and find this letter to be a positive contributing factor toward determining the outcome of Teresa's case. Thank you for your time, Honorable Judge.

Sincerely,

*Jean A Stewart*
Jean A Stewart

# Faith Fellowship Church

## An Evangelical Free Church of America

Dr. Jeffrey D. Hoy, Senior Pastor
2820 Business Center Blvd.
Melbourne, FL 32940
321.259.7200
cell 321.720.3011
jeff.hoy@faithfellowshipweb.com

July 9, 2022

Dear Judge Berger,

   I am Jeffrey D. Hoy. I have served as a pastor in the Melbourne area over the past 35 years including 27 years as Senior Pastor of Faith Fellowship Church. I have known Teresa McIntyre for 22 years as pastor to her, and to husband and daughters.

   During the time that I have known Teresa, I have observed a caring wife and mother who readily serves in the community and church. Teresa has served as a Sunday School teacher in grades ranging from 1st to 12th, Summer Camp counselor, and Vacation Bible School leader. She has also led numerous adult classes and studies. Teresa is a gifted organizer and leader. She coordinated our Wednesday night dinner ministry for several years. As a skilled photographer, Teresa has often photographed church activities and created portraits of families at special events. She has served as our Welcome Center coordinator on a weekly basis helping new families find their way into the life of the church. I was pleased to recommend Teresa to work as a Teaching Leader for Bible Study Fellowship in 2012 and 2016.

   I have never known Teresa to be anything less than the highest example of honesty and integrity. She has always exhibited a heart to help others and to serve. From my experiences, I consider her character to be above reproach and would trust her to work in areas of church life that call for the highest levels of trust, honor, and reliability.

   If I can be of any further help in the process before the court, please feel free to contact me.

   Respectfully,

*(signature)*

Rev. Dr. Jeffrey D. Hoy
Senior Pastor

Joanie Heissenbuttel

June 29, 2022

Honorable Judge Berger,

My name is Joanie Heissenbuttel. I had the pleasure of meeting Teresa in June of 1996. We were both building new homes in the Osprey development in Viera, Florida and were in the sales office at the same time. Fast forward 26 years and we are best of friends.

Teresa is one of the Godliest women I have ever met. She puts The Lord at the center of her marriage. She is faithful and committed, and that's why her marriage is going strong after 35 years. She has raised her two daughters up in church. She has a healthy relationship with them because she is a great listener and offers sound and Biblical advice. She's never had the "why me" attitude. When her daughter was diagnosed with a severe peanut allergy, she prayed about it. Then she took action to educate her family and learn everything they could, including equipping Emily with the proper tools to deal with her allergy head on.

Teresa is so much more to me than a friend. She is a sister to me. She is the <u>only</u> person I entrusted to watch after my three children when they were little. I trust her with not only my family, but also intricate details of my life throughout the year. During a family emergency, I called her at 11:30PM, and by midnight we were packed and on a road trip to help out. My father-in-law passed away this month and I had a household filled with family. Teresa showed up at 9AM and brought enough food to feed an army. She always puts God first, others second, and herself last.

It's an honor and privilege to write this letter for someone I love and admire.

Joanie Heissenbuttel

Josie Bailey

June 30, 2022

Honorable Judge Berger,

My name is Josie Bailey and I am the Preschool Ministries Coordinator at First Baptist Church Merritt Island.  My husband John and I have been married for 21 years and have five kids ranging from 13 to 19.  Today I am writing to you on behalf of Teresa McIntyre.  Teresa and I met through Bible Study Fellowship in 2011.  Our friendship began with a love for God and His Word and has continued to grow throughout the years as we have shared highs and lows of life.

For as long as I have known Teresa, I have never questioned her integrity and desire to do what is right.  She is the kind of friend few people are lucky to have.  She is supportive of those in her life and will not hesitate to tell the truth in love.  Her motivation comes from a desire to please God, not man.  Anything Teresa does is done with a person's best interest in mind.

Several years ago, my oldest daughter went through a really rough time in life.  She used self-harm as a coping mechanism.  Teresa was one of the first people I called because I knew she would be encouraging as well as honest about any steps she believed would be good for us to take.  Teresa never claimed to know all the answers and she stood by my side as we navigated a new road.  I was in leadership with her at the time and when I decided to step away, she understood and supported my decision.  In my time away, we continued to talk which testifies to her commitment to those in her life.  When I returned to leadership, she welcomed me back with open arms.  Keeping confidences, she didn't elaborate to anyone the reason for my absence.

Another time my second daughter acted on impulse, which turned out to be poor choices and consequences from the law.  My husband and I have taught our kids right from wrong, but the fact is that each one of us has free will.  As we walked this unexpected road, Teresa supported us with love, prayer, and sharing her own story of hard times.  Not once did she claim to have all the answers.  Instead, she opened up from what she had learned in the past.  She was honest in the hardship, not sugar coating anything just to make me feel better.  Her experiences encouraged me because she was willing to be vulnerable enough to share what she had gone through.  There is nothing more special and valuable than someone who has had similar experiences and is willing to share them with you.

Teresa is one of very few people with whom I share life's trials.  She is dependable, will go the extra mile to help others, and does not expect anything in return.  I know without a doubt that if I were ever to move from the area, we would still keep in touch.  I am very picky about those I keep company with—not being judgmental, just considering that the company we keep rubs off on us.  Anyone who has Teresa in their life is truly blessed.

Sincerely,

Josie Bailey
(317-402-5755)

**Kathleen Richard**

**6/25/2022**

**Honorable Judge Berger,**

My name is Kathleen Richard, a wife of 40 years, mother of two and stay at home mom who has spent over thirty years teaching and volunteering with a global, in-depth Bible study. As a Teaching Leader for a Bible Study Fellowship Class of over 500 women I had the opportunity to teach hundreds of women over the years. I met Teresa when she attended the Bible study in Melbourne, Fl over 15 years ago.

One of the jobs of a Teaching Leader is to meet the needs of the class by evaluating potential members to become leaders. It is an extensive process that includes background checks, references, and an interview. I quickly realized that Teresa shined brightly in the group as she was caring, dedicated, punctual and always completed the assignments given to her. She was an excellent group leader as she encouraged and prayed for her group of 15 each week as well as attending weekly leadership meetings. Out of the leadership group I chose Teresa to be my Substitute Teaching Leader. Choosing Teresa to be my Substitute Teaching Leader was a lengthy process that required much prayer and research and training. She again went through even more extensive questioning and interviews by our Area Team before being given this position. She excelled!! Her professionalism and integrity were clearly seen with each task she was given. I personally witnessed her pray and lean on the Lord to equip her to meet the needs of not only the leadership group but the class members as well. Additionally, she gave me the peace, support, and confidence I needed as the Teaching Leader of a large class that expanded to include two separate satellite groups. As you can imagine I grew very fond of Teresa as her abilities and support enabled me to volunteer 40 plus hours a week and maintain my other duties as wife and mom.

To help you familiarize yourself with Bible Study Fellowship it is a global Bible Study with over 1200 classes worldwide. Each one of us

volunteer our time. Not many can handle the requirements with the grace that Teresa exhibited. I personally witnessed her work her fulltime job as well as volunteer at her church and attend the needs of her husband and children. As the Teaching Leader I answered to an Area Team and they to interviewed and observed Teresa as she poured many hours into this volunteer position helping women and children. As the expansion continued another class was needed to meet the demands and it was clear to us that Teresa should be the Teaching Leader of the new class. She never shied away from hard work knowing God had called her and God would give her the strength she needed to meet the demands this new position would impose on her. Under her leadership this new class excelled and expanded.

Over the years Teresa and I have developed a trust in our friendship that few could say they have achieved. I personally see the love she has for her husband and her children as she balanced home life, full time work and the needs of Bible Study Fellowship. It is my deepest desire that you know the Teresa that I have enjoyed as we have journeyed life together in many areas.

Respectfully Submitted,

Kathleen Richard

Matthew Ruiz

July 6, 2022

Honorable Judge Berger,

I, Matthew Ruiz, am writing this character letter on behalf of my mother-in-law, Teresa McIntyre.  I have known her for 7 years.  I have lived with my wife Amber and my in-laws, Chris and Teresa McIntyre, for about 2 years.

Throughout the years of knowing Teresa, I have always realized what a very loving, caring, and selfless person she is.  I realized this the day I met her.  She would always make sure myself or anyone around was taken care of and she has always been there for love and support no matter what she was going through personally.  The first word that comes to mind when describing my mother-in-law Teresa is altruistic.  She has always been the first to offer any help she can; from helping her church, the community, or to anyone that needs it.

Teresa has always put a smile on her face even when going through her illness for several years.  Yet she still gave her all to her children, husband, and family.  When my wife Amber and I got married in February, she was fully involved; even with all that's going on she was pushing through everything just to be there for her little girl and her soon to be son in law.  The strength and love I have seen from this amazing woman is incredible.  I've observed her helping someone who doesn't have a ride to work and giving them a bike from her home, preparing and delivering a meal for a family who had a death in the family, teaching, listening, and helping her bible study ladies and at church, and so much more.

I hope that I have been able to give you an example of who Teresa is. I love her so much and thank the Lord for bringing her into my life.  The world could use so many more people who are selfless and loving like Teresa McIntyre.  Thank you for your time.

Matthew Ruiz

Robert Craft

6/20/2022

Honorable Judge Berger,

My name is Robert Craft. Twenty-two years ago, I worked together with Chris McIntyre at Bellsouth and quickly developed a great friendship. As a result, I had the good fortune of knowing Teresa McIntyre.

At the beginning of our friendship, Teresa and Chris made the decision to homeschool Emily due to medical issues. Teresa demonstrated remarkable grace, patience and commitment to providing the best education for her daughter while managing a difficult health diagnosis. At the same time, she excelled as a Pampered Chef representative and proved her strong work ethic. Her deep love and dedication to her daughters was, and still is to this day- remarkable.

We have been blessed to have been witness to many life milestones along with Chris and Teresa. We have shared many celebrations from birthdays, retirement parties, and most recently the wedding of their daughter Amber. Teresa has always been so kind. Her warmth radiates with every interaction.

Throughout the years, Teresa demonstrated her devotion to her faith with her involvement in the church. Always willing to help others in any way possible.

I consider Teresa McIntyre a friend who has lived a life full of integrity, always giving of herself willingly and faithfully.

Sincerely,

Robert Craft

George and Susanne Winchester

July 10, 2022

Honorable Judge Berger

Our names are George and Susanne Winchester. We had our house built in the Osprey development of Viera, Florida in 1997. We have been and continue to be next door neighbors to Teresa and Chris McIntyre for over twenty-five (25) years.

Over the years we have developed a special relationship with Teresa. One that is focused on God, family and trust. Throughout the years, Teresa and Susanne have prayed together for varying health and family issues. They have participated in several Bible studies. When Teresa heard we were having some logistic issues with our son's wedding, without hesitation, she volunteered to decorate the entire reception venue including setting up a Candy Buffet, which is still memorable and very much appreciated today. Except for our children, Teresa is the only other person we have entrusted with the keys to our home. She has taken care of our dog multiple times when we were on various vacations. During a critical medical emergency (the birth of our micro preemie grandson), not only did Teresa immediately agree to watch our dog, she insisted on praying with us before we left for the hospital.

Over a twenty-five year period Teresa has become more than a neighbor, she is family. We have seen her serve in many different aspects of life. Her love for people, concern for those in need and willingness to put others first have always been unmistakable.

We hope they never move.

Sincerely

George and Susanne Winchester