**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:22-cr-0078-WWB |
| V. ) | |
| ) | |
| ) | |
| TERESA McINTYRE, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now, Teresa McIntyre (McIntyre), through undersigned counsel and respectfully submits the following Unopposed Motion to Continue Sentencing and in support states the following:

1. On May 24, 2022, Mrs. McIntyre (McIntyre) appeared before Magistrate Judge Embry J. Kidd and pled to a one count information charging Conspiracy. The plea was accepted, and sentencing is set for January 10, 2023.

2. Over the last 2 years the defendant has made multiple proffers to the US government. McIntyre has and continues to assist the government in the prosecution of known and unknown co-conspirators.

3. While the investigation is ongoing many of the co-conspirators have not yet been indicted or arrested.

4. Mrs. McIntyre's Plea Agreement contains a provision wherein the United States will consider filing a motion recommending a downward departure pursuant to USSG § 5K1.1 if Mrs. McIntyre's cooperation is substantial by the time of sentencing. Pursuant to that cooperation, the government has asked that Ms. McIntyre provide testimony that due to scheduling issues on the government's side Mrs. McIntyre will be unable to provide before the current sentencing date of January 10, 2023, but that Mrs. McIntyre should be able to provide within two weeks thereafter.

5. After consultation and agreement with AUSA Chauncey Bratt, the defendant and the government ask that the Court continue the sentencing approximately 15 additional days to allow Mrs. McIntyre more time to complete her cooperation and to be in a better position to present the whole picture of her involvement, cooperation, and character at her sentencing.

6. Mrs. McIntyre is not in custody. Furthermore, this request is made as the undersigned avers that the ends of justice outweigh the need to sentence Mrs. McIntyre on January 10, 2023.

Therefore, the defense respectfully requests that the Court grant this Unopposed Motion to Continue and reset the sentencing for a date convenient to this Court approximately 15 days after January 10, 2023.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the United States Attorney's Office by CMEF electronic delivery this 4th day of January 2023.

By:

/s/ Alan Diamond

**Alan S. Diamond, Esquire**
**Kepler B. Funk, Esquire**
**Keith F. Szachacz, Esquire**
FUNK, SZACHACZ & DIAMOND
FL Bar 957781, 973866, **949698**
3962 W. Eau Gallie Blvd. Suite B
Melbourne, Florida 32934
Telephone: (321) 953-0104
Facsimile: (321) 253-5975
alan@fsdcrimlaw.com
Kep@fsdcrimlaw.com
receptionist@fsdcrimlaw.com
*Counsel for McIntyre*