UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.  6:22-cr-78-WWB-EJK

TERESA MCINTYRE

### MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a three-level reduction in the defendant's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant provided truthful and timely information and testimony for the United States which will enable the United States to prosecute a more culpable co-conspirator of the defendant.

The United States believes that, because of her efforts on behalf of the United States, McIntyre should receive a three-level reduction in her offense level for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                      Respectfully submitted,

                      ROGER B. HANDBERG
                      United States Attorney

                      */s/ Chauncey A. Bratt*
                      CHAUNCEY A. BRATT
                      Assistant United States Attorney
                      USA No. 174
                      400 W. Washington Street, Suite 3100
                      Orlando, Florida 32801
                      Telephone:  (407) 648-7500
                      Facsimile:  (407) 648-7643
                      E-mail:  Chauncey.Bratt@usdoj.gov

**U.S. v. Teresa McIntyre**               Case No. 6:22-cr-78-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alan Diamond, Esq.

*/s/ Chauncey A. Bratt*
CHAUNCEY A. BRATT
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  Chauncey.Bratt@usdoj.gov