UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 6:22-cr-78-WWB-EJK

TERESA MCINTYRE

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Alan Diamond |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | PRETRIAL/PROBATION: | Omayra Hernandez |
| SCHEDULED DATE/TIME: | February 14, 2023 3:07pm-4:20pm **Total time: 1 hour, 13 minutes** | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.

**MOTION** for Recognition of Substantial Assistance (Doc. 52) is **GRANTED**.

Amber Ruiz makes unsworn statement.
Andrea Betting makes unsworn statement.
Chris McIntyre makes unsworn statement.

**SENTENCE IMPOSED as to Count One of the Information.**

**PROBATION**: 5 years.
    *Special conditions of probation:*
    Mandatory drug testing requirements are suspended.
    Mental health treatment conditions imposed.
    Credit conditions imposed.
    100 hours of community service per year as directed by the probation officer.
    Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION**: AMOUNT $587,500.00, payable to United States Small Business Administration, SBA/DCF, Court Ordered Restitution.

The Court accepts the Plea Agreement.

The defendant shall report immediately to the United States Probation Office on the first floor for further instructions.

Defendant advised of right to appeal.